

**NUMBER 13-15-00243-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MICHELE ASSMAN, Appellant,

v.

THE STATE OF TEXAS, Appellee.

**On appeal from the 105th District Court
of Nueces County, Texas.**

# ORDER TO FILE APPELLATE BRIEF

**Before Justices Benavides, Perkes, and Longoria
Order Per Curiam**

This cause is currently before the Court on appellant's sixth motion for extension of time to file the brief. The clerk's record was filed on August 18, 2015, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). Current counsel was appointed on October 19, 2015 and this Court has previously granted

him five extensions of time totaling 292 days to file the brief.   Appellant now seeks an additional 60 days, until July 5, 2016, to file the brief.

The Court GRANTS IN PART and DENIES IN PART appellant's sixth motion for extension to file the brief and ORDERS the Honorable Scott F. Lemanski to file the brief on or before June 6, 2016.   This motion is DENIED insofar as the Court will not allow an extension until July 5, 2016.   The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter.   **No further extensions will be granted absent exigent circumstances.**   If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected.   *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
12th day of May, 2016.